# EXHIBIT 14

| **VA**  Department of Veterans Affairs | **REPORT OF CONTACT** |
|---|---|

NOTE:  As appropriate, once this form is completed it becomes a permanent record in the veteran's folder.  Please do not use a pencil to complete this form.

| VA OFFICE<br>Aleda E Lutz VAMC<br>1500 Weiss | IDENTIFICATION NOS. (C,XC,SS,XSS, V,K, etc.)<br>█████ |
|---|---|
| LAST NAME-FIRST NAME-MIDDLE NAME OF VETERAN *(Type or print)* | DATE OF CONTACT<br>5/9/18 |
| ADDRESS OF VETERAN | TELEPHONE NO. OF VETERAN *(Include Area Code)*<br>(989) 497-2500, Ext. |
| PERSON CONTACTED<br>Carol Little, NP | TYPE OF CONTACT *(check one)*<br>☒ PERSONAL   ☐ TELEPHONE |
| ADDRESS OF PERSON CONTACTED<br>1500 Weiss Street<br>Saginaw, MI 48602 | TELEPHONE NO. OF PERSON CONTACTED<br>(989) 497-2500, Ext. 11426 |
| PERSON WHO CONTACTED YOU<br>No One | TYPE OF CONTACT *(check one)*<br>☐ PERSONAL   ☐ TELEPHONE |
| ADDRESS OF PERSON WHO CONTACTED YOU | TELEPHONE NO. OF PERSON WHO CONTACTED YOU *(Include Area Code)*<br>(   )   -   , Ext. |

BRIEF STATEMENT OF INFORMATION REQUESTED AND GIVEN

Responded to code blue page on 5/9/18 at approximately 3:15 PM to dental clinic. Upon my arrival, Dr. Joseph was in charge of the code.  Employee was lying on dental chair with oxygen on, I was informed by registered nurse who was the recorder that employee was having chest pain and that her blood pressure was elevated. Dr Joseph states she wanted to give employee aspirin & nitroglycerin sublingual & one of nurses there had contacted pharmacy to get the medications, Dr Joseph stated wanted metoprolol too but I did not hear the dose of aspirin or metoprolol. When asked by police if we should cancel code blue, Dr Joseph stated she did not want to call it until she got the aspirin & nitroglycerin from pharmacy. I had noticed that the patient was not on cardiac monitor when I arrived, so I asked the recorder RN why she was not on cardiac monitor & she informed that Dr Joseph did not want to place her on the cardiac monitor.  I called the code blue off at 3:32pm when the EMS paramedics arrived in the dental clinic to get the patient & take over her care. I had informed ████ – respiratory therapist that in the code blue debriefing that it needs is to be noted that the patient should have had a cardiac monitor placed since she was having chest pain in my opinion. I was not able to be at the CODE BLUE debriefing.

| since<br>DIVISION OR SECTION | EXECUTED BY (Signature and Title) |
|---|---|

Form 119 (Automated, in lieu of)<br>1997 (R)

56 DEF-0566