# EXHIBIT 25



Aleda E. Lutz VA Medical Center
1500 Weiss Street
Saginaw, MI 48602

In Reply Refer To: 655/00

May 21, 2018

Angela Joseph, MD

Dear Dr. Joseph

This is to notify you that your clinical privileges are administratively suspended with the Aleda E. Lutz, VAMC effective immediately. This action is being taken upon the recommendation of the Chief of Staff and your Service Chief since concerns have been raised to suggest that aspects of your clinical practice do not meet the accepted standards of practice and potentially constitute an imminent threat to patient welfare. This suspension is in effect pending a comprehensive administrative review of the following allegations:

    Not following recommended ACLS protocol during a CODE (failure to follow Standard of Care)

    Failure to evaluate patient/Failure to transfer patient timely

You have the opportunity to provide any information you desire regarding these concerns. Correspondence needs to be sent within 14 calendar days from your receipt of this notice, and be addressed to:

Barbara Bates, MD
Aleda E. Lutz, VA Medical Center
1500 Weiss Street
Saginaw, MI  48602

The comprehensive review of the reasons(s) for the administrative suspension must be accomplished within 30 calendar days of the suspension, with recommendations to proceed with formal procedures for reduction or revocation of clinical privileges forwarded to me for consideration and action. Within 5 working days of receipt of the recommendations, I will decide either to restore your privileges to an active status or that the evidence warrants proceeding with a reduction or revocation process.

Should the comprehensive review result in a decision by me to restrict or revoke your privileges, and if appropriate, to take an adverse personnel action, you will be notified at that time of your rights as per VHA Handbook 1100.19 and VA Directive and Handbook 5021. You have a right to be represented by an attorney or other representative of your choice throughout the proceedings.

Summary suspension pending comprehensive review and due process is not reportable to the National Practitioner Data Bank (NPDB). However, if a final action against your clinical privileges is taken for professional incompetence or improper professional conduct, both the summary suspension and the final action, if greater than 30 days, will be reported to the NPDB, and a copy of the report must be sent to the State licensing boards in all states in which you hold a license and in Michigan.

If you surrender your clinical privilege by resignation or retirement, while your professional competence or professional conduct is under investigation during these proceedings or to avoid investigation, VA is required to file a report to the NPDB, with a copy to the appropriate State licensing board(s), pursuant to VA regulations in title 38 Code of Federal Regulations (CFR) Part 46 and VHA Handbook 1100.17, National Practitioner Data Bank Reports.

It is the policy of VA to report to State Licensing Boards those licensed health care professionals, whether currently employed or separated (voluntarily or otherwise), whose clinical practice during VA employment so significantly failed to meet generally accepted standards of clinical practice as to raise reasonable concern for the safety of patients (see 38 CFR Part 47). In the event you are found to not meet standards of care, consideration will be given whether, under these criteria, you should be reported to the appropriate State Licensing Board(s) pursuant to the provisions of VHA Handbook 1100.18, Reporting and Responding to State Licensing Boards.

If you have any questions, please contact Dr. Anthony Albito at 989-497-2500 extension 11555.

Sincerely yours,

*[signature]*, MBA, BSN

For KARANDEEP SRAON, MBBS, MBA, FACHE
Acting Medical Center Director

Received by ___*[signature]*___ Date 5/21/2018
Signature of Dr. Angela Joseph or her representative