## INDEX OF EXHIBITS

| Exhibit No. | Description |
|---|---|
| 1 | Savino Transcript |
| 2 | Berghoff Declaration |
| 3 | Fair Hearing Guidelines |
| 4 | Joseph Response Facts |