United States District Court for the Eastern District of Michigan

District of Michigan

ANGELA JOSEPH

Plaintiff,

vs.

Case No. 19-cv-10828

SECRETARY OF THE DEPARTMENT OF VETERAN AFFAIRS

Defendant.

FILED
NOV 16 2021
U.S. DISTRICT COURT
FLINT, MICHIGAN

# NOTICE OF APPEAL

Notice is hereby given that PLAINTIFF ANGELA JOSEPH,
*Name all parties taking the appeal*

hereby appeal to the United States Court of Appeals for the Sixth Circuit from

SUMMARY JUDGMENT DISMISSING CASE WITH PREJUDICE
*The final judgment, from an order describing it*

entered in this action on the __23rd__ day of __SEPTEMBER__, 2021.

(s) ANGELA JOSEPH  *Angela A. Joseph*

Address: 1102 Woodside Drive

Flint, MI 48503

810-869-8694

Attorney for (pro se)

**Note to inmate filers:** If you are an inmate confined in an institution and you seek the timing benefit of Fed. R. App. P. 4(c)(1), complete Form 7 (Declaration of Inmate Filing) and file that declaration along with this Notice of Appeal.

cc: Opposing Counsel ✔
    Court of Appeals ✔

6CA-3
11/16

## CERTIFICATION OF SERVICE

I hereby certify that on November 15, 2021, I filed the foregoing notice with the Clerk of the Court in person at the Clerk's Office, Federal Building and the U.S. Courthouse, 600 Church Street, Room 140, Flint, MI 48502, and to the Sixth Circuit Court of Appeals and the Opposing Counsel, James J. Carty, Attorney for the Defense via Priority Mail Service of the U.S. Post Office.

Dated: November 15, 2021

*Angela A. Joseph*

Angela Joseph, M.D.
Pro Se
1102 Woodside Drive
Flint, MI 48503
C.P. 810-869-8694
Email: josep009@hotmail.com